1  JOSHUA J. DIVINE, SBN 225104
   Reese, Smalley, Wiseman & Schweitzer
2  1265 Willis Street
   Redding, CA 96001
3  Telephone:  (530) 241-1611
   Facsimile:   (530) 241-5107
4

5  Attorneys for Plaintiff
   Redding Bank of Commerce
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | REDDING BANK OF COMMERCE, a | CASE NO. 2:13-CV-01756 JAM CMK
   | California corporation,       |
12 |                               |
   |         Plaintiff,            |
13 |                               | STIPULATION AND ORDER
   |      v.                       | CONTINUING DATE OF
14 |                               | EVIDENTIARY HEARING ON CO-
   | EMIN C. KESER; CORA KESER; NATHAN | RECEIVERS' FINAL ACCOUNT AND
15 | M. EMERSON; CARYN C. EMERSON; E&K | REPORT
   | DEVELOPMENT, INCORPORATED, a
16 | California corporation; AMERICA FIRST
   | FUNDING, INC.; KESER
17 | ENTERTAINMENT, INC.; KESER FAMILY
   | TRUST, dated June 13, 2002; IVAN
18 | BARZAKOV and PAMELA RAND
   | BARZAKOV, Trustees of the 2002
19 | BARZAKOV TRUST; DAVID A,
   | VALENCIA, JR., Trustee of the ONSTOTT
20 | FAMILY LIVING TRUST, dated 9/4/1998;
   | UNITED STATES SMALL BUSINESS
21 | ADMINISTRATION; FIDELITY NATIONAL
   | TITLE COMPANY OF CALIFORNIA, a
22 | California corporation; and DOES 1 through
   | 60, inclusive
23 |
   |         Defendants.
24

25

26         THE PARTIES TO THIS MATTER STIPULATE AS FOLLOWS:

27 / / /

28
                                      1

This matter is presently scheduled for an evidentiary hearing on February 19, 2014, at 1:30 p.m. in Courtroom 6 of this Court, as to the Co-Receivers' Final Account and Report. The parties hereby stipulate to a brief continuance of this matter as follows.

    a.    The Court may the hearing date currently set in this matter for February 19, 2014.

    b.    An evidentiary hearing will be reset for **March 26, 2014 at 1:30 p.m.** in Courtroom #6.

    c.    Co-receivers Bruce and Robert Middleton (Receivers) may provide additional written responses by March 12, 2014 addressing the objections/responses filed by the parties to this case found in the documents numbered 8, 9, 10, 12, 15, 16, 17.

    d.    The parties may file written replies to this response by March 19, 2014. Any party wishing to present evidence at the hearing now set for March 26, 2014, shall submit a detailed list notifying the Court of anticipated witnesses to be called and evidence to be presented by March 19, 2014. The Receivers and their counsel are directed to appear at the March 26, 2014, hearing.

IT IS SO STIPULATED

DATED: February 12, 2014              REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP

/s/
JOSHUA J. DIVINE

Attorneys for Plaintiff
Redding Bank of Commerce

/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| DATED: February 12, 2014 | MAIRE & BURGESS |
| | /s/<br>WAYNE MAIRE |
| | Attorneys for Receivers,<br>Robert Middleton & Bruce Middleton |
| DATED: February 12, 2014 | CLARK D. NICHOLAS, Attorney at Law |
| | /s/<br>CLARK D. NICHOLAS |
| | Attorneys for Defendant, David A. Valencia, Jr., Trustee |
| DATED: February 12, 2014 | UNITED STATES ATTORNEY |
| | /s/<br>BOBBIE J. MONTOYA |
| | Attorneys for U.S. Small Business Administration |
| DATED: February 11, 2014 | MCCABE LAW OFFICE |
| | /s/<br>MICHAEL R. MCCABE |
| | Attorneys for E&K DEVELOPMENT |

**IT IS SO ORDERED**

**February 13, 2014**            **/s/ John A. Mendez_____**

                              **JUDGE JOHN A. MENDEZ**

STIPULATION AND ORDER CONTINUING DATE OF EVIDENTIARY HEARING ON CO-RECEIVERS' FINAL ACCOUNT AND REPORT